UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 19-14552 |
| FRACE, YOCASTA | Chapter: 7 |
| | Judge: MBK |

### NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Michael B. Kaplan</u> on <u>September 30, 2019</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Estate at: 55 POPLAR STREET, FORDS, NJ
> The debtor(s) purchased the property in 2006 for $405,000. The property is valued at $322,000 based upon a Comparative Market Analysis.

> Liens on property:
>
> SELECT PORTFOLIO SERVICING - $627,753

> Amount of equity claimed as exempt:
>
> NONE

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-14552-MBK
Yocasta Frace                                                           Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Aug 27, 2019
                                Form ID: pdf905          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.
db              #+Yocasta Frace,    55 Poplar Street,    Fords, NJ 08863-1838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2019 23:30:58      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2019 23:30:54      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
518066220       +E-mail/Text: jennifer.chacon@spservicing.com Aug 27 2019 23:31:43
                   SPS Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
518246228        E-mail/Text: jennifer.chacon@spservicing.com Aug 27 2019 23:31:43
                   Wilmington Trust, NA. et. al,,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               et al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, NA, successor trustee to
               Citibank, et al. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Mulder    on behalf of Debtor Yocasta   Frace wmulderesq@aol.com
                                                                                              TOTAL: 6