Certificate Number: 14424-NJ-DE-033639934

Bankruptcy Case Number: 19-14552



14424-NJ-DE-033639934

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 3, 2019</u>, at <u>8:58</u> o'clock <u>AM EST</u>, <u>Yocasta Frace</u> completed a course on personal financial management given <u>by internet</u> by <u>Financial Education Services, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>November 3, 2019</u>          By:    <u>/s/Mabelyn  Ramirez</u>

Name:  <u>Mabelyn  Ramirez</u>

Title:   <u>Instructor</u>